UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KP, by and through his father SP,<br>JF, by and through his mother AF,<br>DR, by and through his mother MR,<br>AP, by and through her mother PP,<br>SC, by and through her mother AT,<br>TR, by and through her mother CR,<br><br>        Plaintiffs,<br>v.<br><br>JULIE HAMOS, in her official capacity as<br>Director of the Illinois Department of<br>Healthcare and Family Services,<br><br>        Defendant. | Case No. 12-CV-2044 |

**ORDER**

On October 25, 2012, Magistrate Judge David G. Bernthal filed an Amended Report and Recommendation (#37) in the above cause. On November 7, 2012, Defendant filed an Objection to Report and Recommendation (#38). On November 21, 2012, Plaintiffs filed a Response to the Objection (#39).

Following this court's careful de novo review of Judge Bernthal's reasoning, Defendant's Objection and Plaintiffs' Response, this court agrees with and accepts the Report and Recommendation (#37). This court agrees with Judge Bernthal's thorough and well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#37) is accepted by this court.

(2) Defendants' Motion to Dismiss Counts II, III, and IV of Amended Complaint

(#32) is GRANTED as to Plaintiffs' claim, in Count IV, for damages under 42 U.S.C. § 1983, and DENIED as to all other claims.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 3rd day of January, 2013.


s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE